

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Rodney Carnell Mays v. The State of Texas

Appellate case number:    01-13-00805-CR

Trial court case number:    1875634

Trial court:    County Court at Law No. 7 of Harris County

The appellate record was due in this case on November 4, 2013. On November 20, 2013, the court reporter informed us that the reporter's record has not been filed as a result of appellant's failure to pay or make payment arrangements for preparation of the record. The court reporter also filed a motion for extension, which the Court granted, extending the deadline for the reporter's record to December 23, 2013. Appellant has now filed a "motion for extension of time to pay for court reporter[']s record," requesting an extension of time until March 23, 2013 to make complete payment for the reporter's record.

Appellant's motion is granted in part and denied in part. Appellant is ordered to provide written evidence from the court reporter showing that appellant has either paid or made arrangements to pay the reporter's fee no later than January 22, 2014. If appellant fails to provide said evidence by January 22, 2014, appellant's brief will be due no later than February 21, 2014, and the Court may consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c), 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Justice Evelyn V. Keyes
☒ Acting individually    ☐ Acting for the Court

Date: January 16, 2014